**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DONALD SHARP,

    Plaintiff,

v.                                                           No. CV 21-896 RB/CG

ALBUQUERQUE JOURNAL,

    Defendant.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Mr. Sharp's Civil Letter-Complaint, (Doc. 1), filed September 13, 2021. The filing is deficient because Mr. Sharp failed to prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(2). Mr. Sharp must cure this deficiency by **October 20, 2021**. Any *in forma pauperis* motion <u>must</u> attach an inmate account statement reflecting transactions between March 13, 2021 and September 13, 2021.

If Mr. Sharp has not been detained for six months, he must submit a statement reflecting transactions between the date of his arrest/detention and September 13, 2021, when he filed the case. All filings must include the case number (21-cv-0896 RB-CG). The Court will not search Mr. Sharp's other dockets to recover mis-filed documents. The failure to timely prepay the filing fee or file a signed *in forma pauperis* motion that <u>includes</u> an inmate account statement will result in dismissal of this case without further notice. Simply alleging that he cannot obtain an account statement – as Mr. Sharp has done in other cases – is insufficient to overcome the requirements of 28 U.S.C. § 1915(b).

**IT IS ORDERED** that by **October 20, 2021**, Mr. Sharp must prepay the $402

filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement, as set forth above.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE